FILED
MAR 1 4 2019
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 4:19CR206 RLW/JMB |
| TIMOTHY BLASSINGAME, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about May 28, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**TIMOTHY BLASSINGAME,**

the Defendant herein, aided and abetted by persons known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence, and intimidation, a motor vehicle, that is, a 2004 Ford Escape, VIN#1FMYU03114KB19659, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, and punishable under Title 18, United States Code, Section 2119(1).

### COUNT TWO

The Grand Jury further charges that:

On or about May 28, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**TIMOTHY BLASSINGAME,**

the Defendant herein, aided and abetted by persons known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count One.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

### COUNT THREE

The Grand Jury further charges that:

On or about May 31, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**TIMOTHY BLASSINGAME,**

the Defendant herein, aided and abetted by persons known and unknown to the Grand Jury, with intent to cause death and serious bodily harm, did take from the person and presence of another, by force, violence and intimidation, a motor vehicle, that is, a 2003 Chevrolet Trailblazer, VIN#1GNDS13S832251184, that had been transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2119 and 2, punishable under Title 18, United States Code, Section 2119(1).

### COUNT FOUR

The Grand Jury further charges that:

On or about May 31, 2018, in the City of St. Louis, within the Eastern District of Missouri,

**TIMOTHY BLASSINGAME,**

the Defendant herein, aided and abetted by persons known and unknown to the Grand Jury, knowingly possessed and brandished a firearm, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 2119, as set forth in Count Three.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2, and punishable under Title 18, United States Code, Section 924(c)(1)(A)(ii).

A TRUE BILL

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
PAUL J. D'AGROSA #36966MO
Assistant United States Attorney