UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.  4:19 CR 206 RLW JMB |
| | ) |
| TIMOTHY BLASSINGAME, | ) |
| | ) |
| Defendant. | ) |

## REQUEST FOR CONTINUED PRETRIAL DETENTION

Comes now the United States of America, by and through its Attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Paul D'Agrosa, Assistant United States Attorneys for said District, and requests the Court order the continued detention of defendant pending trial, pursuant to Title 18, United States Code, Section 3141, et seq.

This Court has already entered an Order of Detention [doc. #13] dated September 18, 2018, following a hearing on the Government's previous Motion for Detention [doc. #6]. The Court found (in Cause 4:18 CR 625 RLW/ PLC) that a rebuttable presumption arose under 18, U.S.C., §3142(e)(3), as defendant is charged with an offense that carries a maximum term of imprisonment of 10 years or more - two counts of carjacking in violation of Title 18, United States Code, Section 2119 and 2 and two counts of brandishing a firearm in furtherance of a crime of violence in violation of Title 18, United States Code, Section 924(c)(1) and 2.

WHEREFORE, the Government requests this Court to order defendant's continued detention prior to trial.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Paul J. D'Agrosa*
PAUL D'AGROSA, #36966MO