IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    Plaintiff, )<br>)<br>vs. ) Case No.  4:19CR00206 RLW<br>)<br>)<br>TIMOTHY BLASSINGAME )<br>)<br>    Defendant. )<br>) | |

**DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

    Comes now Defendant, Timothy Blassingame, by and through his attorney Levell D. Littleton and pursuant to Rule 32(f) objects to the following paragraphs in the Pre-Sentence Investigation Report:

**PART A: THE OFFENSE**

    **Paragraph 13 –The Offense Conduct**.  Defendant Blassingame objects to the language in Paragraph 13, where it reads that Defendant Blassingame "pointed a firearm at the victim and told him to get out of the car".   Defendant Blassingame submits that the facts, as set out in his plea agreement that Andre King approached the victim and pointed a firearm at him and told him to get out of the vehicle,  are the agreed upon facts by the parties and the appropriate facts regarding relevant conduct pursuant to USSG §1B1.3.

    Wherefore, Defendant prays that the court grant his objections as set out as above and amend the PSR accordingly, and for any other orders this court deems meet and just.

        Respectfully submitted,

        /s/ Levell D. Littleton
        LEVELL D. LITTLETON       #49158MO
        Attorney for Defendant
        1221 Locust, Suite 310
        St. Louis, MO 63103
        Telephone:   (314) 231-3168
        Fax:         (314) 231-4072
        Email: levelllittleton@cs.com


CERTIFICATE OF SERVICE

A copy of the foregoing was sent via the Court's ECF system this 11th day of December 2019 to: Assistant United States Attorney Paul D'Agrosa at his address of record

        /s/ Levell Littleton